UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                           :

2109971 ONTARIO INC.,                       :

                            Plaintiff,       :
                                                 :               21-CV-4092 (VSB)
                 -against-       :
                                                 :                     **ORDER**

SAMIRA FURNITURE LTD, et al.,    :

                                           Defendants.  :
                                                 :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021

VERNON S. BRODERICK, United States District Judge:

On June 7, 2021, Defendants filed a partial motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Doc. 17.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by June 28, 2021.  It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by July 7, 2021.  Defendants' reply, if any, shall be served by July 21, 2021.

SO ORDERED.

Dated: June 9, 2021
       New York, New York

                                                                       Vernon S. Broderick
                                                                       United States District Judge