Akram S. Alsaidi ○●
Joseph A. Chang ○●
Abdul N. Hamdan○
David H. Amanullah ○
Ahmad T. Aburas ○
○ *Member NJ Bar*
● *Member NY Bar*



1089 Main Street, 502
Paterson, NJ 07503
Tel: 973-261-9600
Fax: 973-247-9001
office@aclaws.com
**www.aclaws.com**

June 29, 2021

**Filed Via Pacer**
Judge Vernon S. Broderick
U.S. District Court
Southern District of New York (Foley Square)
500 Pearl Street
New York, NY 10007

<u>RE</u>: <u>2109971 Ontario Inc. v. Samira Furniture Ltd et. al.</u>
<u>CASE #: 1:21-cv-04092-VSB</u>

Dear Judge Broderick,

In accordance with your Order entered on June 22, 2021, our motion to dismiss should be deemed moot without prejudice to refile a new motion to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3) based on the Plaintiff's Amended Complaint.

Regards,

Alsaidi & Chang, LLC

*Joseph Chang*

Joseph A. Chang, Esq.

I am in receipt of Defendants' letter indicating that in light of Plaintiff's amended complaint, their motion to dismiss is now moot. Defendants' motion to dismiss, (Doc. 17), is deemed moot without prejudice to filing a new motion to dismiss based on Plaintiff's amended complaint. The Clerk of Court is respectfully directed to terminate docket entry 17.

SO ORDERED:

*Vernon Broderick*
HON. VERNON S. BRODERICK 6/30/2021
UNITED STATES DISTRICT JUDGE