```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
2109971 ONTARIO INC.,                                       :
                                                            :
                                      Plaintiff,            :
                                                            :      21-CV-4092 (VSB)
                    -against-                               :
                                                            :            ORDER
SAMIRA FURNITURE LTD, et al.,                               :
                                                            :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2021

VERNON S. BRODERICK, United States District Judge:

On July 16, 2021, Defendants filed a motion to dismiss Plaintiff's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Doc. 30.)  Accordingly, it is hereby:

ORDERED that Plaintiff shall serve any opposition to the motion to dismiss by August 16, 2021.  Defendants' reply, if any, shall be served by August 30, 2021.

SO ORDERED.

Dated: July 21, 2021
       New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge