UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
2109971 ONTARIO INC. D/B/A XCELLA        :
FURNITURE,                               :
                                         :
                            Plaintiff,   :            21cv4092(DLC)
              -v-                        :
                                         :            ORDER
SAMIRA FURNITURE LTD D/B/A SAMIRA        :
OUTLET, VELVET IMPORT CORP., HOLLYWOOD   :
FURNITURE LTD., WADHA IGBARA, REFAT      :
IJBARA, AND NEDAL IJBARA,                :
                            Defendants.  :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    Plaintiff 2109971 Ontario Inc. d/b/a Xcella Furniture, has

brought patent infringement and civil conspiracy claims against

Samira Furniture Ltd d/b/a Samira Outlet, Velvet Import Corp.,

Hollywood Furniture Ltd., Wadha Igbara, Refat Ijbara, and Nedal

Ijbara (collectively, "Defendants"). The Plaintiff has also

brought a copyright infringement claim against defendants

Samira, Refat Ijibara, and Wadha Igbara.

    The defendants have moved, pursuant to Fed. R. Civ. P.

12(b)(6), to dismiss plaintiff's claims against them. The

motion became fully submitted on August 30, 2021. Having

reviewed the parties' briefs, it is hereby

    ORDERED that the defendants' motion to dismiss is denied.

IT IS FURTHER ORDERED that an initial pretrial telephone
conference is scheduled for **November 12, 2021** at **3:00 p.m.**   The
parties shall use the following dial-in credentials for the
telephone conference:

> Dial-in:        888-363-4749
> Access code:    4324948

IT IS FURTHER ORDERED that the parties shall use a landline
if one is available.


Dated:      New York, New York
            November 2, 2021

                                   _____
                                   DENISE COTE
                                   United States District Judge

2