```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

2109971 ONTARIO INC. *d/b/a* XCELLA FURNITURE,

                          Plaintiff,

-against-

SAMIRA FURNITURE LTD d/b/a SAMIRA OUTLET, VELVET IMPORT CORP., HOLLYWOOD FURNITURE LTD., WADHA IGBARA, REFAT IJBARA, and NEDAL IJBARA,

                          Defendants.

```
-----------------------------------------------------------------X
```

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

21-CV-4092 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 34). A telephone conference will be held on **Wednesday, December 1, 2021 at 3:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

    SO ORDERED.

Dated: November 13, 2021
       New York, New York

                                                                   _____
                                                                   KATHARINE H. PARKER
                                                                   United States Magistrate Judge