```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

2109971 ONTARIO INC. *d/b/a* XCELLA FURNITURE,

                Plaintiff,

-against-

SAMIRA FURNITURE LTD d/b/a SAMIRA OUTLET, VELVET IMPORT CORP., HOLLYWOOD FURNITURE LTD., WADHA IGBARA, REFAT IJBARA, and NEDAL IJBARA,

                Defendants.

----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

21-CV-4092 (DLC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Wednesday, February 9, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **February 2, 2022 by 5:00 p.m.**

SO ORDERED.

Dated: December 1, 2021
      New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge