```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

2109971 ONTARIO INC. *d/b/a* XCELLA FURNITURE,

                         Plaintiff,

-against-

SAMIRA FURNITURE LTD d/b/a SAMIRA OUTLET, VELVET IMPORT CORP., HOLLYWOOD FURNITURE LTD., WADHA IGBARA, REFAT IJBARA, and NEDAL IJBARA,

                         Defendants.
----------------------------------------------------------------X

**ORDER CONVERTING SETTLEMENT CONFERENCE TO TELEPHONIC**

21-CV-4092 (DLC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Settlement Conference in this matter scheduled for **Wednesday, February 9, 2022 at 10:00 a.m.** is hereby converted to a telephonic conference to discuss the rescheduling of a Settlement Conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.**

      SO ORDERED.

Dated: January 31, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge