```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
2109971 ONTARIO INC. D/B/A XCELLA        :
FURNITURE,                               :
                                         :
                        Plaintiff,       :
               -v-                       :      21cv4092 (DLC)
                                         :
SAMIRA FURNITURE LTD D/B/A SAMIRA        :         ORDER
OUTLET, VELVET IMPORT CORP., HOLLYWOOD   :
FURNITURE LTD., WADHA IGBARA, REFAT      :
IJBARA, AND NEDAL IJBARA,                :
                        Defendants.      :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received a letter from plaintiff 2109971 Ontario Inc. d/b/a Xcella Furniture requesting a conference to address a discovery dispute, it is hereby

ORDERED that a telephone conference is scheduled for **tomorrow, February 11, 2022** at 3:00 p.m. The parties shall use the following dial-in credentials for the telephone conference:

> Dial-in:        888-363-4749
> Access code:    4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         February 10, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge