```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
2109971 ONTARIO INC. D/B/A XCELLA       :
FURNITURE,                              :
                                        :
                    Plaintiff,          :
                                        :
          -v-                           :        21cv4092 (DLC)
                                        :
SAMIRA FURNITURE LTD D/B/A SAMIRA       :             ORDER
OUTLET, VELVET IMPORT CORP., HOLLYWOOD  :
FURNITURE LTD., WADHA IGBARA, REFAT     :
IJBARA, AND NEDAL IJBARA,               :
                    Defendants.         :
---------------------------------------X
```

DENISE COTE, District Judge:

Having received letters from the parties regarding an ongoing discovery dispute, it is hereby

ORDERED that the parties shall appear in a conference to be held **tomorrow, February 25, 2022 at 2:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

Dated:     New York, New York
           February 24, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge